## Commonwealth *v.* Polak, Appellant.

 Argued June 11, 1970. *Norman A. Oshtry,* with him *Sanford Kahn,* and *Oshtry & Miller,* for appellant;

*James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Appeal quashed.